# **Sealed Exhibits 1, 2, and 4**

Concurrent with the Complaint, Plaintiff seeks leave to file Exhibits 1, 2, and 4 to Plaintiff's Complaint under seal.